## Grant *v.* Robinson, Appellant.

Argued September 15, 1966. *Michael Shekmar,* for appellant; *George W. Georges,* with him *John M. McAllister,* for appellee.

Order affirmed.

HOFFMAN, J., absent.

## Holmes, Appellant, *v.* General Steel Industries, Inc.

Argued September 16, 1966. *Benjamin Pomerantz,* for appellant; *Richard D. Harburg,* with him *Swartz, Campbell & Detweiler,* for appellees.

Order affirmed.

## Johnson *v.* Leffring et al., Appellants.

Argued September 13, 1966. *Charles Jay Bogdanoff,* with him *Albert C. Gekoski,* for appellant; *Jay Meyers,* for appellee.

Order affirmed.